RECEIVED

JUL 26 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

CLERK:

I'M STILL HAVEIN' A PROBLEM WITH THE BLACK MASON'S THE MASONIC # MSONIC RITUAL: I'M ALL ALONE: I' WANT to REFILE MY PETITION —

ALL THE POLICE — JUDGE'S ETC —— ALL — KNOW I'M

I'VE GOT A CHART OF 10½ YEAR's of HURTIN' — THEY COULDN' — I' MENTAL — YOU SHOULDN'T MAKE TERRIST YOUR FEAR — I don't NO

I'M FILIN' A PETITIN' ON THE — DENIAL of DU' PROCESS — J. GRAYDON

JOWNNIE GRAYDON
#96369
MENTAL, HEALTH
JACKSON, LA.

CLERK'
UNITED STATES
DISTRICT COURT
777 FLORIDA STRET
BATRON, ROUGE, LA

US POSTAGE PITNEY BOWES

ZIP 70748   $ 000.64
02 4W
0000378140 JUL 23 2024

708018175 C09